IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1145-BO-BM

| | | |
|---|---|---|
| DAVID DOWNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the Court *sua sponte* for the scheduling of a pre-trial status conference. The conference shall be held in the United States Courthouse at 310 New Bern Ave, Raleigh, NC 27601 on **September 10, 2026, at 10:00 a.m.** The trial in this matter will be scheduled for 30–45 days following the pre-trial status conference.

SO ORDERED, this 21 day of August, 2026.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE